| DIST. | OFF. | DOCKET YR. NUMBER | | FILING DATE MO DA YEAR | | | J | N/S | O | D F/EF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. J M | COUNTY | JURY DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 867 | 8 | 85 | 040 | 1 | 14 | 85 | 3 | 442 | 1 | 1 | 2 | | 6710 | 31055 | | 85-0-40 |

### PLAINTIFFS
(1) BEAUFORD, Joyce Ann

### DEFENDANTS
(1) FATHER FLANAGAN'S BOYS' HOME

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
Discrimination action based upon handicap
29 U.S.C.A. 794 & racial Prejudice

### ATTORNEYS

C. Jan Headley
(1) John W. McCellan
* ~~10040 Regency Circle~~
  Omaha, NE 68114
  330-5757
* 11823 Arbor St., #4

Earnest B. Wintroub
Wall, Wintroub
646 Comm. Fed. Twr.
2120 So. 72nd St.
Omaha, NE 68124    397-1167

(1) John Burke - 14100 (illegible)
    Boys Town, Nebraska 68010
    (498-1013)

Joseph C. Byam
Byam & Byam
317 American Natl. Bldg.
8990 W. Dodge Rd.
Omaha, NE 68114
397-0303

☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

### FILING FEES PAID
| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|
| | | |

### STATISTICAL CARDS
| CARD | DATE MAILED |
|---|---|
| JS-5 | Jan., 1985 |
| JS-6 | Oct., 1986 |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev.)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 85 | | |
| n 14 | 1. | Complaint w/req. for trial at Omaha. Issued Summons handed to P's Counsel. |
| n 17 | 2. | Summons w/retn. |
| b 11 | 3. | Df's Acknowledgment of Service. |
| b 26 | 4. | D's Mot. to Dismiss. |
| r 7 | 5. | P's Resistance to Mot. to Dismiss. |
| r 14 | 6. | Order (CAB) that D's Mot.(#4) is denied. Copy mailed to counsel. |
| r 29 | 7. | Df's Answer. |
| 25 | 8. | P's Not. to take depos. of John B. Carney. |
| 3 | 9. | Cert. of Rptr., re: Depos. of John B. Carney. |
| ay 14 | 10. | Order (CAB) Setting Progression of NJ Case; Trail set for 2-86; PTC on 1-16-86 @ 1:30 p.m.; PTO by 12-20-85; Disc. by 12-6-85; Mots. by 9-6-85; Status Rpt. by 8-9-85. Copy mailed to counsel. |
| l 24 | 11. | Copy of Reminder letter CAB, re: Status Rpt. |
| g 1 | 12. | P's Status Rpt. |
| g 5 | 13. | D's Status Rpt. |
| 16 | 14. | Df's Motion To Remove Action From Jury Docket. |
| 8 | 15. | Order (CAB) that Df's motion (filing 14) is denied as moot. Copies mailed to counsel. |
| v 26 | 16. | Reminder letter CAB, re: PTO & PTC. Copies mailed. |
| 18 | 17. | Depos. of George J. Pfeifer. |
| | 18. | Depos. of Donald Black. |
| | 19. | Depos. of Kirk Estee. |
| | 20. | Depos. of Mary Ann Schafer. |
| | 21. | Depos. of Lewis C. Martin, Jr. |
| | 22. | D's Resp. & Obj. to P's Interrog. |
| | 23. | D's Resp. & Obj. to P's Interrog. |
| | 24. | P's Mot. for Ext. of Time to file trial brief & Proposed findings of fact until 1-10-86. IT IS SO ORDERED (CAB). Copy mailed to counsel. |
| c 19 | 25. | Depos. of Joyce Ann Beauford. |
| 20 | 26. | Order (CAB) Rescheduling Pretrial Conference to 1/22/86 at 10:30 A.M. before Magistrate Piester. Copies mailed to counsel. |
| c 23 | 27. | Ps' Mot. for order ext. time to file PTO until 1-10-86. |
| 86 | | |
| n 10 | | Transferred Depos. of Joyce Ann Beauford that was filed in CV 83-0-149 to CV 85-0-40. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Joyce Ann Beauford | Father Flanagan's Boys' Home | DOCKET NO. 85-0=40<br>PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1986 Jan 22 | 28. | Order (DLP) on PTC held 1-22-86; Trial set for 2-86. Copies mailed to counsel. |
| Jan 24 | 29. | D's Mot. to Reconsider. |
| Feb 3 | 30. | Order (CAB) that parties' motion (filing 27) is denied as moot. Copies mailed to counsel. |
| Mar 3 | 31. | Order (CAB) that D's Mot. (#30) is denied. Copy mailed to counsel. |
| Mar 10 | 32. | P's Mot. to Amend PTO w/attached Addendum to PTO. |
| Apr 7 | 33. | D's Expert Witnesses & Summary of Testimony. |
| Apr 17 | 34. | Order (CAB) that matter cont'd. to NJ month of June. Copies mailed to counsel. |
| May 5 | 35. | Appear. of C. Jan Headley as counsel for P. |
| May 22 | 36. | Appearance of Wall, Wintroub as co-counsel for P. |
| Jun 2 | 37. | Affidavit of C. Jan Headley & Mot. for Ext. of Time. |
| | 38. | P's Request For Oral Argument on Motion & Affidavit for ext. of time. |
| Jun 5 | 39. | P's Not. to take depos. of Dr. James Maynard. |
| Jun 6 | 40. | D's Mot. for Protective Order, w/attachments. |
| Jun 9 | 41. | Order (CAB) that Mot. (#37) is granted until NJ Session of 8-86; Req. (#38) is denied. Copy mailed to counsel. |
| | 42. | Order (CAB) that D's Mot. (#40) is granted; Not. (#39) is quashed. Copy mailed to counsel. |
| Jul 1 | 43. | P's Mot. to amend PTO w/attachments. |
| Jul 28 | 44. | Order (CAB) that P to amend PTO w/in 7 days. Copies mailed to counsel. |
| Aug 6 | 45. | Amended Order on PTC; Trial set for 8-18-86. |
| Aug 15 | 46.X | Jt. Stip. |
| | 47. | Order (CAB) that paragraph E. of Amended Order on PTC be amended to provide that D may call Steven Hutfless, etc. to testify at trial. Copies handed to counsel on 8/18/86. |
| Aug 18 | 48. | Ctrm. Min. b/4 CAB - Cont'd. Trial. |
| Aug 19 | 49. | Ctrm. Min. b/4 CAB - Trial. Cont'd. |
| Aug 20 | 50. | Ctrm. Min. b/4 CAB - Trial. Cont'd. |

DC 111A
Rev. 1/75

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Beauford | Father Flanagan's | DOCKET NO. 85-0-40 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1986 Aug 21 | 51. | Ctrm. Min. b/4 CAB - Trial. - Case submitted. |
| | 52. | List of Witnesses. |
| | 53. | List of Exhibits. |
| Oct 10 | | Tranferred Depo. of Joyce Ann Beauford (previously filed in CV 83-0-149). |
| Oct 16 | 54. | Memorandum. |
| | 55. | Judgment (CAB) - IT IS ORDERED as follows: 1. Judgment is entered in favor of D and against P; 2. P's complaint is dismissed. Copies mailed to counsel. |
| Oct 27. | 56. | Ps' Mot. for New Trial or Amended Jdmt. |
| Oct 30 | 57. | D's Resist. to P's Mot. for new trial or amended judgment. |
| Nov 4 | 58. | P's Reply to D's Resistance to P's Mot. for New Trial or Amended Judgment. |
| Dec 2 | 59. | Order (CAB) that P's Mot. (#56) is denied. Copy mailed to counsel. |
| DEc 19 | 60. | P's Mot. & Not. for Leave to Proceed on Appeal In Forma Pauperis.' |
| | 61. | Affidavit of Joyce Ann Beauford in support of Mot. to Proceed on Appeal In forma pauperis. |
| | 62. | P's Req. for Hrg. upon the argument. |
| | 63. | Affidavit of Joyce Ann Beauford |
| | 64. | P's Not. of Appeal to 8th Cir. Ct. of Appeal w/cert of Serv. Copy mailed to Ct. Rpt. |
| Dec 30 | 65. | D's Not. of cross-appeal. |
| 1987 Jan 8 | | Two certified copies of P's. Notice of Appeal and D's. Notice of Cross-Appeal, Memo & Judgment filed 10/16 & Order filed 12/2, and docket entries sent to Clerk, Ct. of Appeals. Copy of docket entries sent to attys. of record. Two cert. copies of Order filed 1/8 also sent to Ct. of Appeals. |
| Jan 8 | 66. | Order (CAB) that Req. (#62) is denied; P is granted leave to proceed on appeal in forma pauperis & w/out payment of fees; P's present atty. is appt. to represent P, etc. Copy mailed to counsel |
| Jan 22 | 67. | Appellant's Desig. of Clerk's Record. |
| | 68. | Appellant's Not. of Preparation of Bill of Exceptions. |
| Feb 5 | 69. | Appellee & Cross-Appellant's designation of Clerk's Record. |
| Mar 13 | 70 | Transcript of Proceedings Vol 1 - IV. |
| | 71. | Index of transcript. |
| Nov 23 | 72. | Cert. Copy of Jdmt. fr. 8th Cir. Ct. of Appeals that Jdmt. of Dist. Ct. is affirmed. Copy mailed to counsel. |
| Jan. 28 | 73. | Notice of Filing Petition for Certiorari in the Supreme Court of the US. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV 85-0-40 |
|---|---|---|
| Beauford | Father Flanagan's | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** <br> Mar. 25 | 74. | Notice from Clerk, U.S. Court of Appeals, Eighth Circuit, that Supreme Court of U.S. denied petition for writ of certiorari. Copies mailed. |
| 4/14/89 | . | NOTICE of intent to destroy exhibits by Clerk. Copies mailed to Plf & Dft. <br> RECEIPT for exhs by D. <br> RECEIPT for exhs by P. |
| 12/20/01 | 75 | Motion and Order by Judge Kopf denying the plf's request for temporary loan of court files- mkr |

**SEE AUTOMATED DOCKET FOR ADDITIONAL PLEADINGS, IF ANY**

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |